## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BANK OF NEW YORK AS TRUSTEE FOR CERTIFICATEHOLDERS CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-24,** | : | **CIVIL ACTION NO. 3:13-0690** |
| | : | **(JUDGE MANNION)** |
| **Plaintiff** | : | |
| **v.** | : | |
| **AMY J. BATES f/k/a AMY J. JONES and RICHARD BATES,** | : | |
| **Defendants** | : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

the defendants' motion to dismiss the plaintiff's amended complaint, **(Doc. 14)**, is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date:  March 28, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-0690-01-ORDER.wpd