**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BANK OF NEW YORK AS TRUSTEE FOR CERTIFICATEHOLDERS CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-24,** : | **CIVIL ACTION NO. 3:13-0690** |
| : | **(JUDGE MANNION)** |
| **Plaintiff** : | |
| **v.** : | |
| **AMY J. BATES f/k/a AMY J. JONES and RICHARD BATES,** : | |
| **Defendants** : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

Judgment is entered in favor of plaintiff and against defendant Amy J. Bates on plaintiff's claim in Count I of the amended complaint, (Doc. 51), for breach of the Franklin Note in the total amount of $410,134.35 plus continuing interest in the amount of $35.38 for each day until satisfaction.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: January 21, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-0690-03-ORDER.wpd